No. 10–10863.  BURNS v. BROWN, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 10–10864.  SEALED DEFENDANT v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 10–10865.  WOODMANSEE v. STEELE, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 10–10867.  YATES v. BALDWIN ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 10–10868.  RICHARDS v. HINKLE, WARDEN.  C. A. 4th Cir. Certiorari denied.

No. 10–10869.  RIVERS v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 10–10870.  PORTILLO-QUEZADA, AKA QUEZADA v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 10–10871.  NELSON v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 10–10872.  MURPHY v. MAINE (two judgments).  Sup. Jud. Ct. Me.  Certiorari denied.

No. 10–10873.  SIMPSON v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 10–10874.  THOMPSON v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 10–10876.  THOMPSON v. DITTMAN, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 10–10877.  ZAHIR v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 10–10878.  CORTES v. UNITED STATES; and
No. 10–10939.  BROWN v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.  Reported below: 414 Fed. Appx. 189.

No. 10–10879.  MCCARTHY v. ETTE ET AL.  C. A. 9th Cir.  Certiorari denied.